

**FILED**

JUN 2 7 2018

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 10–19–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| TANNER EUGENE OSWEILER, | |
| Defendant. | |

Counsel for Defendant Tanner Eugene Osweiler having requested access to his presentence investigation report as counsel of record,

IT IS ORDERED that the motion (Doc. 58) is GRANTED. The United States Probation Office may release a copy of the defendant's presentence investigation report to Stack & Kottke, PLLC.

DATED this 27th day of June, 2018.

Donald W. Molloy, District Judge
United States District Court