IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



**FILED**

AUG 13 2018

Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 10–19–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| TANNER JOHN OSWEILER, | |
| Defendant. | |

Defendant Tanner John Osweiler's Motion for Early Termination of
Supervised Release is now before the Court. (Doc. 60.) Having considered the
factors in 18 U.S.C. § 3553(a), the conduct of Defendant, and Defendant's
arguments, the Court is not satisfied that early termination is warranted by "the
interest of justice." 18 U.S.C. § 3583(e)(1).

Accordingly, IT IS ORDERED that Defendant's motion (Doc. 60) is
DENIED. The Court will consider revisiting this issue if Defendant completes his
business degree. (*See* Doc. 60-1 at ¶ 21.)

Dated this ___13th___ day of August, 2018.

Donald W. Molloy, District Judge
United States District Court